**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ROLANDA BRILL,

Plaintiff,

v.

CAPITAL ONE, N.A.,

Defendant.

Case No.: 25-cv-03179-DMS-BJW

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

**[ECF No. 10]**

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff Rolanda Brill and Defendant Capital One, N.A., (collectively "Parties"), made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause having been shown, the Court **GRANTS** the Joint Motion for Dismissal and **DISMISSES** the action in its entirety, including all claims against Defendant, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 1, 2026

Hon. Dana M. Sabraw
United States District Judge